UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 4:26-cv-00064

**Francisco Ocampo,**
*Plaintiff,*
v.
**Commissioner of Social Security,**
*Defendant.*

# ORDER

Plaintiff brought this disability-benefits action under the Social Security Act. Doc. 1. The case was referred to a magistrate judge, who issued a report recommending that the court affirm the Commissioner of the Social Security Administration's decision and dismiss plaintiff's case with prejudice. Doc. 13. Plaintiff did not file any objections.

When there have been no timely objections to a report, or the objections are improper, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. The court affirms the final decision of the Commissioner. The case is dismissed with prejudice. Any pending motions are denied as moot.

*So ordered by the court on September 11, 2026.*

J. CAMPBELL BARKER
United States District Judge